WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:21-mc-00119 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on February 10, 2021 in favor of NATIONWIDE JUDGMENT RECOVERY INC.

whose address is 8452 Katella Ave, Stanton CA 90680

and against JIE CHEN

whose last known address is 15017 FOLGER ST, HACIENDA HEIGHTS CA 91745

for $ 14,838.30   Principal, $ 1,231.06   Interest, $ 0   Costs, and $ 0.00   Attorney Fees.

ATTESTED this  19th  day of  February , 2021

Judgment debtor's driver's license no. and state; _____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) [ ] Unknown.

[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

JIE CHEN
15017 FOLGER ST
HACIENDA HEIGHTS CA 91745

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

Tray White

1244

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER